1 KAREN P. HEWITT
United States Attorney
2 THOMAS B. REEVE, JR.
Assistant U. S. Attorney
3 California State Bar No. 069310
Office of the U.S. Attorney
4 Room 6293, at 880 Front Street
San Diego, California 92101-8893
5 Telephone: (619) 557-7159
*Tom.Reeve@usdoj.gov*
6 Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LUJAN,<br><br>  Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA;<br>HNI CORPORATION dba THE HON<br>COMPANY; CAREER SYSTEMS<br>DEVELOPMENT, INC.; and DOES 1-10<br>Inclusive,<br><br>  Defendants.<br>_____<br><br>ULICO INSURANCE COMPANY<br>administered by GALLAGHER BASSETT<br>SERVICES, INC.,<br><br>  Plaintiff-in-Intervention,<br>v.<br><br>THE UNITED STATES OF AMERICA;<br>HNI CORPORATION dba THE HON<br>COMPANY; CAREER SYSTEMS<br>DEVELOPMENT, INC.; and ROES 1-10<br>Inclusive,<br><br>  Defendants-in-Intervention.<br>_____ | Case No. 06 cv 2770 - H (LSP)<br><br>**UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION TO DISMISS THE CLAIMS OF ANDREW LUJAN AND ULICO INSURANCE, OR, ALTERNATIVELY FOR SUMMARY JUDGMENT**<br><br>DATE: August 25, 2008<br>TIME: 10:30 A.M.<br>CTRM: 13<br>Hon. Marilyn Huff<br><br>**ORAL ARGUMENT WAIVED** |

TO: PLAINTIFF, ANDREW LUJAN, AND HIS ATTORNEY OF RECORD, AND PLAINTIFF-IN-INTERVENTION, ULICO INSURANCE COMPANY, AND ITS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that on August 25, 2008, at 10:30 a.m., or such other time and date as the Court may designate, in the Courtroom of the Honorable Marilyn Huff, Defendant

United States of America will bring on its Motion to Dismiss the Claims of Andrew Lujan and ULICO Insurance, or, Alternatively for Summary Judgment.

COMES NOW Defendant, United States of America, by and through its attorneys, Karen P. Hewitt, United States Attorney, and Thomas B. Reeve, Jr., Assistant U.S. Attorney, and moves this Court to dismiss the claims of Andrew Lujan and ULICO Insurance, or, alternatively for summary judgment pursuant to Rules 12(h)(3) and 56 of the Federal Rules of Civil Procedure. This motion is based upon the Memorandum of Points and Authorities In Support of the United States of America's Motion to Dismiss the Claims of Andrew Lujan and ULICO Insurance, or, Alternatively for Summary Judgment, with exhibits, filed herewith and upon such other documentation as may be presented to the Court at or prior to the hearing.

WHEREFORE, Defendant prays that this Motion to Dismiss or Alternatively for Summary Judgment be granted, for all costs of suit, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

July 18, 2008

KAREN P. HEWITT
United States Attorney

s/ **Thomas B. Reeve, Jr.**
THOMAS B. REEVE, JR.
Assistant U.S. Attorney
Attorneys for United States of America