FILED

2008 AUG 27 AM 8: 23

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ANDREW LUJAN,

                Plaintiff

v.

UNITED STATES OF AMERICAN, HNI
CORPORATION d.b.a. THE HON COMPANY,
& CAREER SYSTEMS DEVELOPMENT, INC.,

                Defendants

CONSENT TO EXERCISE OF SETTLEMENT
JURISDICTION BY A UNITED STATES MAGISTRATE
JUDGE AND ORDER OF REFERENCE

CASE NUMBER: 06CV2770-H(LSP)

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

    Plaintiff Andrew Lujan and Defendant HNI Corporation d.b.a. the Hon Company having settled their claims, by signing below further voluntarily consent to the jurisdiction of United States Magistrate Judge Leo S. Papas to decide:
    (1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,
    (2) all disputes arising out of the terms of the settlement agreement once completed;
AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be FINAL AND BINDING AND FROM WHICH THE PARTIES SPECIFICALLY WAIVE ANY RIGHT TO APPEAL.
    The parties intend to provide Magistrate Judge Papas with plenary authority to achieve finality regarding disputes, reduce the risk of future litigation, and provide a venue to solve disputes with a minimum of expense. As part of his authority, Magistrate Judge Papas may impose any sanction or penalty he deems appropriate, which, in his sole discretion, he believes is commensurate with the nature and severity of the dispute and resolution thereof. This authority includes, but is not limited to, monetary and/or injunctive relief and discretion to impose sanctions or penalties including imposition of any sanction up to and including contempt of court, pursuant to 28 U.S.C. §636(e).

**Signatures**                                    **Date**

s/Jean A. Hobart

circle one each: (Plaintiff/**Defendant**) and (**Attorney**/Client)
Attorney for Defendant HNI Corporation
j.hobart@tuckerellis.com

circle one each: (Plaintiff/Defendant) and (Attorney/Client)

s/James Parziale

circle one each: (**Plaintiff**/Defendant) and (**Attorney**/Client)
Attorney for Plaintiff Andrew Lujan
Parzlaw@aol.com

circle one each: (Plaintiff/Defendant) and (Attorney/Client)

circle one each: (Plaintiff/Defendant) and (Attorney/Client)

## ORDER OF REFERENCE

    IT IS HEREBY ORDERED that jurisdiction for settlement proceedings between Plaintiff Andrew Lujan and Defendant HNI Corporation d.b.a. the Hon Company be referred to the Honorable Leo S. Papas, United States Magistrate Judge in accordance with 28 U.S.C. §636(c), FRCP 73 and the foregoing consent of the parties. Jurisdiction over the settlement proceedings shall include all disputes regarding interpretation and enforcement of the terms of the settlement agreement, and the entry of judgment and shall remain in effect for a period of two years from the date of entry of this order.

8/25/08
Date

_____
United States District Judge